```
                NATIONWIDE INSURANCE EXAMINATION UNDER OATH

INSURED    : TRI-STATE THERMO KING, INC.
POLICY NO.: ACP CPPP 3009403309
CLAIM NO.  : 812688-GK
LOSS DATE : JULY 9, 2020

                         * * * * * * * * * *
                       EXAMINATION UNDER OATH OF
                              JODY BAILEY
                     TAKEN VIA ZOOM TELECONFERENCING
                         * * * * * * * * * *


APPEARANCES:

    FOR NATIONWIDE INSURANCE:

       MS. MICHAEL MCCARTY HARRISON
       Friday, Eldredge & Clark, LLP
       400 West Capitol Avenue, Suite 2000
       Little Rock, Arkansas 72201
    FOR THE INSURED:
       MR. DEREK L. FADNER
       McClenny, Moseley & Associates
       1415 Louisiana, Suite 2900
       Houston, Texas 77002

    ALSO PRESENT:

       MS. GRETA MICHAEL, Nationwide Insurance



DATE:    Monday, June 14, 2021
TIME:    9:01 a.m. to 10:02 a.m.

                 DUNN COURT REPORTING SERVICES, INC.
                           479-790-0476
```

EXHIBIT 3

|   |   |
|---|---|
| | 4 |

1      JODY BAILEY,
2  the witness, having been first duly sworn, was examined and
3  testified as follows:
4                         EXAMINATION
5  BY MS. MICHAEL MCCARTY HARRISON:
6  Q   Would you state your full name, please, sir?
7  A   Jody Dustin Bailey.
8  Q   And you spell Jody, J-O-D-Y?
9  A   Yes.
10 Q   Dustin, D-U-S-T-I-N?
11 A   Yes.
12 Q   And then B-A-I-L-E-Y?
13 A   That's correct.
14 Q   Mr. Bailey, thank you for being here today.  I appreciate it.
15 Again, my name is Michael Harrison.  Nationwide Insurance Company
16 has asked me to obtain your examination under oath which is in
17 essence a sworn statement as a part of its investigation of the
18 July 9, 2020 claim submitted to it by Tri-State Thermo King.  The
19 court reporter has sworn you in to tell the truth just like in a
20 court of law.  She is taking down every word we both say and later
21 on going to print it up in book form, a copy of which you'll
22 receive.  Because of that, our oral words spoken here today are
23 going to become the written word.  I need you to be a little bit
24 more formal that you would be in everyday conversation and
25 especially because we're not in front of each other live but

Jody Bailey
June 24, 2021

5

1  rather via Zoom.  Please give me oral answers to my questions and
2  avoid non-verbal responses such head nods or head shakes or
3  uh-huhs or huh-uhs as those are difficult for her to take down and
4  even more difficult for anyone later on reading the transcript of
5  what she types up to know what you meant and I don't want there to
6  be any confusion as to your answers to my questions.  Okay?
7  A    Okay.
8  Q    Similarly, I don't want there to be any confusion as to my
9  questions themselves.  I'm not trying to trick you.  I just want
10 to know what you know.  If I ask a question and you're not sure
11 what I'm asking you, you don't understand it or you just didn't
12 hear what I said, please ask me to repeat it, rephrase it,
13 whatever you need me to do and I'll be glad to do that so you can
14 hear it, understand it and answer it to the best of your ability.
15 Okay?
16 A    Okay.
17 Q    And if you don't do that and you just answer my question, I'm
18 going to assume you heard it, you understood it and you meant to
19 give me the answer that you gave.  Okay?
20 A    Okay.
21 Q    If you need to take a break at any time or need to speak to
22 your attorney, that's fine.  Just let me know and we'll go off the
23 record.  Otherwise, we'll plow on through, and as I said earlier,
24 I don't expect this will take a whole long period of time.  Okay?
25 A    All right.  That sounds good.

DUNN COURT REPORTING SERVICES, INC.

479-790-0476

Jody Bailey
June 24, 2021

6

1  Q    The last thing, if you would please let me finish my question
2  before you start to answer it even if you think you know what I'm
3  going to say, and you probably will, but just in case I ask
4  something different and because it's so hard on the court reporter
5  to take down every word we're both saying if we're talking at the
6  same time.  Okay?
7  A    Okay.
8  Q    All right.  Tell me where you are today, sir.
9  A    I'm in our home office in Memphis, Tennessee.
10 Q    What is the address there?
11 A    1420 Stone Brook Avenue, Memphis, Tennessee 38116.
12 Q    And you said our home office.  Who is our?
13 A    Tri-State Thermo King.
14 Q    Is that an incorporated entity?
15 A    Yes.
16 Q    How is it incorporated?  What's the official name?
17 A    Tri-State Thermo King, Inc.
18 Q    Is this a company that you own an ownership interest in?
19 A    No.
20 Q    What is your position there?
21 A    I'm the president.
22 Q    Is it a franchise of a larger organization?
23 A    Yes.  It's a franchise of Thermo King Corp.
24 Q    Who owns the franchise?
25 A    Michael Rivalto.

Jody Bailey
June 24, 2021

42

1   A   Not that I recall.
2   Q   And I know its opinion is that this damage to the roof and
3   the water leaks was caused by hail.  Do you know when that hail
4   occurred?
5   A   The first part of July.  That's all I know.
6   Q   And where does that information come from?
7   A   Just remembering when approximately we had the roof leaks.
8   Q   When they began?
9   A   Yes.
10  Q   Well, were you present in North Little Rock when hail
11  occurred?
12  A   No.
13  Q   Did someone tell you hail had occurred around the first part
14  of July?
15  A   Hoyt Hayes told me.
16  Q   They weren't there when the hail occurred, were they?
17  A   Not at my location.  No.
18  Q   How would they know or why do they think hail occurred?
19  A   I'm not sure.  That's a question for them.
20  Q   I understand they think hail caused the damage.  Did they
21  indicate to you when that damage occurred?
22  A   No.
23  Q   Then why do you believe it was the first part of July of
24  2020?
25  A   That's when the leaks occurred.

DUNN COURT REPORTING SERVICES, INC.

479-790-0476

Jody Bailey
June 24, 2021

43

1  Q   Yes, sir.  I understand that's when y'all first noticed the
2  leaks, but do you know when the hail occurred?
3  A   No.  I wasn't there.
4  Q   Have you seen any weather records or reports concerning hail
5  in that location?
6  A   I think Hoyt Hayes supplied a hail report.
7  Q   To you?
8  A   To Nationwide.
9  Q   Have you seen a copy of it?
10 A   Yes.
11 Q   Do you know who prepared it?
12 A   No.
13 Q   Or when it was prepared?
14 A   I don't know.
15 Q   Or why?
16 A   I don't know.  What do you mean why?
17 Q   Well, if it's something that a governmental entity or
18 nationwide organization regularly prepares or if it was something
19 that was prepared specifically as a part of this insurance
20 investigation?
21 A   Derek, I don't understand.
22      MR. FADNER: The question is, was this weather report
23 specifically created through maybe like a third party, you know,
24 or a weather tracking website specifically related to this claim.
25 Is that what you're asking, Michael?

DUNN COURT REPORTING SERVICES, INC.

479-790-0476