UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TRI-STATE THERMO KING INC.                                              PLAINTIFF

v.                          CASE NO. 4:22-cv-00771-JM

ALLIED PROPERTY
& CASUALTY INSURANCE COMPANY                                            DEFENDANT

## DECLARATION

I, _Timothy P. Marshall_, declare the following:

1. I am a professional engineer retained as an expert witness for defendant in this action. I am over eighteen years of age and competent to provide this declaration.

2. Attached to this declaration is a true and correct copy of my signed expert report in this matter, which I incorporate by reference into my declaration. I verify and affirm that the attached expert report contains my opinions in this matter.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _10th_ day of August 2023.

_____
Timothy P. Marshall, P.E./Meteorologist

**EXHIBIT 5**

2955269-v1

This document has been electronically signed and/or sealed in accordance with the applicable State Board of Professional Engineering requirements.

Tri-State Thermo King Inc.
Response to Wallace & Todd Consulting Report
10600 Maybelline Rd.
North Little Rock, AR 72117
Your file: 812688-GK
Haag file: 0120000763-142/120
**Report 2**

Nationwide Insurance Co.
One Nationwide Gateway
Des Moines, IA 50391-3525

Attention: Ms. Greta Michael

June 14, 2022

Scott Morrison                                    Jun 14, 2022

EXHIBIT 2





1410 Lakeside Pkwy., Ste. 100    800.527.0168
Flower Mound, Texas 75028    214.614.6500
HaagEngineering.com    214.614.6501 (fax)

June 14, 2022

Nationwide Insurance Co.
One Nationwide Gateway
Des Moines, IA 50391-3525

Attention: Ms. Greta Michael

                         Re:    Tri-State Thermo King Inc.
                                  Response to Wallace & Todd Consulting and
                                       Forensic Weather Consultants
                                  10600 Maybelline Rd.
                                  North Little Rock, AR 72117
                                  Your file: 812688-GK
                                  Haag file: 0120000763-142/120

Complying with your instructions, we have reviewed and are responding to the report by Wallace & Todd Consulting in this matter. Please recall that we inspected the metal roofs on October 30, 2020, and our report was issued on November 4, 2020.

This engineering and meteorological report has been written for your sole use and purpose, and only you have the authority to distribute this report to any other person, firm, or corporation. Haag Engineering Co. and its agents and employees do not have and do disclaim any contractual relationship with, or duty or obligation to, any party other than the addressee of this report and the principals for whom the addressee is acting. Only the persons who signed this document have the authority to change its contents and then only in writing to you. This report addresses the results of work completed to date. Should additional information become available, we reserve the right to amend, as warranted, any of our conclusions.

## **Description**

There were two buildings at this location identified herein as: 1) main and 2) storage. Buildings were rectangular in plan with long dimensions oriented north-south. The front of the main building faced north, whereas the storage building faced west. Roofs were shallow-sloping gable type covered with steel, R-type, galvanized and Galvalume® panels. Roof pitches were approximately 1:12 (rise:run). Main ribs were 12 inches on center. Panels measured 28 gauge and were secured to underlying purlins with sheet screws that had rubber-like washers. There were 5 roof sections, each with different panel profiles and/or ages. **Refer to Figure 1**.

Nationwide Insurance Co.  Page 2
Tri-State Thermo King Inc.  June 14, 2022
Little Rock, AR  Haag File: 0120000763-142/120

There were several roof appurtenances. Parapets extended around roof section 1 and were clad and capped with metal. A gutter extended along the south end of this roof section which butted against the building to the south (roof section 2). A roof-top heating, ventilation, and air conditioning (HVAC) unit (RTU) was mounted on roof section 1. Remaining roof sections had gutters mounted along the eaves. Exhaust vents had aluminum caps. Plumbing stacks were steel pipes flashed with rubber-like boots.



**Figure 1.** Aerial view of the captioned buildings. Roof sections 1 through 5 are indicated.

## Review of the Wallace & Todd report

We received and reviewed a 167-page report by Wallace & Todd Consulting in this matter dated May 9, 2022. They inspected this roof on January 26, 2022, and issued a report dated May 9, 2022. The report was signed and sealed by Robert M. Thompson, P.E. who is registered in Arkansas. Mr. Thompson concluded, among other things, that the metal roofs were damaged by hail. He did not recognize that the dents were caused by ball peen hammers.

Mr. Thompson did not conduct his own independent weather analysis but instead refers to the 37-page report from Forensic Weather Consultants (FWC) dated September 21, 2020, which we had reviewed prior to our inspection. FWC concluded that storms on June 23, 2020, produced hail as large as 0.50 inch at the incident location between 12:20pm and 12:41pm with wind gusts to 48 mph. The report did not mention whether hail was reported in the area on that date (which it was



Nationwide Insurance Co.  
Tri-State Thermo King Inc.  
Little Rock, AR  

Page 3  
June 14, 2022  
Haag File: 0120000763-142/120

not) and did not address whether hail dented the metal roofs at this location. The report also failed to address the history of past hail occurrence.

On page 3 of the Wallace & Todd report, they indicate that naturally occurring hail varies in size and falls randomly. However, they failed to see that the impact-caused dents in the metal panels at this location were similar in size, shape, impact angle, and were not randomly distributed. In their Methodology section, they indicate that spatter or the removal of oxidation, fungus, etc., was documented during their inspection, but there was no evidence of such spatter marks in their photographs.

On page 5, the second bullet point, Wallace & Todd indicates there was hail damage to the roof top unit (RTU) heat exchanger fins located on the south-facing slope of the roof. They also indicate there was hail damage to the top of the RTU cabinet made in July 2015. Wallace & Todd failed to indicate there were two different materials involved. The heat exchanger fins were made of thin, malleable strips of aluminum, whereas the top of the RTU cabinet was painted formed steel, and these cabinets were much more resistant to denting from hailstone impact. Hail up to one-half inch will not cause such dents in the steel cabinet as it lacks the necessary impact parameters.

Photographs 16 and 17 in the Wallace & Todd report show dents in the top of an RTU cabinet. Wallace & Todd failed to recognize that these dents were created by a ball peen hammer. Had they inspected the dents a little closer they would have seen the dents were not randomly distributed on the cabinet, were similar in size and shape, and there were scratches in the dents. Furthermore, the dents were too small to have been caused by naturally occurring hail on such a hard steel cabinet. Refer to photographs 42 and 43 in our report, repeated below.



**Photographs 42 and 43 in our November 4, 2020, report showing the impacts on the RTU cabinet. Note the scratches in the dent. This was not a spatter mark.**



Nationwide Insurance Co.                                           Page 4
Tri-State Thermo King Inc.                                   June 14, 2022
Little Rock, AR                             Haag File: 0120000763-142/120

On page 5 of the Wallace & Todd report, they indicated they discovered 11 locations or strikes where hail impacts had caused damage to the metal roof on the north slope and indicated there were 8 locations or strikes where hail impacts had caused damage to the metal roof on the south slope.  Wallace & Todd failed to define hail-caused damage and failed to recognize the different characteristics between hail-caused impacts and those made by a ball peen hammer.  Their photographs 21 through 23, 25 and 26, 37, 39 through 42, 56, 57, 59, 60, 63, 64, and 66 all show impacts between the intermediate ribs in the panels.  This non-random distribution of impacts was unlike that of naturally occurring hail.  Also, the dents were too small and concentrated for hail up to one-half inch to produce.  Furthermore, many dents contained scratches and a dark residue.  Hail will not scratch the metal nor leave a dirty imprint.  We refer to photographs 27 through 31 and 89 through 92 in our report, repeated below.



**Photograph 27 in our report showing the regular, non-random distribution of impacts.**





**Photographs 28 through 31 from our report showing the non-random impact pattern on the north slope.**



**Photographs 89 through 92 from our report showing the non-random impact pattern on the east slope.**



Nationwide Insurance Co.                                                                  Page 6
Tri-State Thermo King Inc.                                              June 14, 2022
Little Rock, AR                                             Haag File: 0120000763-142/120

**Discussion**

We reviewed the Wallace & Todd report and saw that they failed to recognize that the dents in the roof panels were created by a half inch ball peen hammer rather than hailstone impact. Dents in the roof panels were not randomly distributed on the roof, were not randomly distributed on the panels, were consistently the same size, had impact angles perpendicular to each roof slope, and left residue and scratches in panel surfaces. The hammer-caused dents were created within a few months prior to our inspection, judging by the lack of weathering in scratches in the metal. Similarly, round dents atop the RTU were created by ball peen hammer impact. None of the dents we observed on the metal panel roof were due to hail. There was no hail damage to the metal roofs at the captioned building.

As mentioned in our November 4, 2020, report, there was a lack of hail-caused spatter marks on various metal surfaces which indicated to us that hail did not fall recently at this location. However, dents in the south and west sides of the exposed aluminum fins on the RTU indicated that small hail did fall one or more times in the past. The RTU was made in 2015, so it has hailed at this location since then. We checked the local weather records and found the nearest and most recent report of hail was 0.88 inch on June 5, 2020, about 5 miles northwest of the captioned building. Core Logic indicated the last time hail was detected by their algorithms above this location was May 15, 2018. The largest estimated hail size was 1.3 inches on June 30, 2009. Neither weather source indicated that hail fell at this location on June 23, 2020.

As mentioned in our November 4, 2020, report, the impact-caused dents in the roof panels had characteristics unlike naturally occurring hail.

1. NOT RANDOM: Impact-caused dents were not random on the roof or on the panels. The dents extended along meandering lines or occurred in groups avoiding roof edges and trim. In contrast, hail falls randomly and would leave a random distribution of dents. Hail is not scared of heights and would not avoid roof edges. Also, impact-caused dents preferred the center of the panels. In contrast, naturally occurring hail would not prefer panel centers.

2. UNIFORM SIZE and SHAPE: Impact-caused dents were similar in size and shape. Inner dents were consistently 1/2 inch regardless of slope direction. Outer dents varied in size depending on how hard the roof surface was struck. The round shape of the dents indicated they had impact angles perpendicular to each slope. Thus, dents on the north, south, east, and west slopes were created on their respective slopes. In contrast, hail does not have the same size nor would it fall perpendicular to each slope direction.

3. CONTRASTING CHARACTERISTICS: Impact-caused dents contained dark residue and scratches especially on the storage building. This indicated to us there was metal-to-metal contact. In contrast, naturally occurring hail would not contain such dark residue nor scratch metal. Also, half inch hail does not have the necessary impact parameters to cause half inch dents in the metal panels.



Nationwide Insurance Co.     Page 7
Tri-State Thermo King Inc.     June 14, 2022
Little Rock, AR     Haag File: 0120000763-142/120

**Findings**

Findings and opinions expressed in the Wallace & Todd report do not change the conclusions in our November 4, 2020, report. We find that Wallace & Todd failed to recognize that the dents in the captioned metal panels were created mechanically by ball peen hammers rather than hail. Observed dents in the metal panels were similar in size, shape, and spaced at regular intervals in contrast to naturally occurring hail. Furthermore, naturally occurring hail does not scratch the metal or leave a dark residue. Also, half inch hail does not have the necessary impact parameters to cause half inch dents. If necessary, we can conduct a metallurgical analysis of the panel impacts and also subject them to ball peen and ice ball impact testing in order to compare the differences between hammer and hail impacts.

Respectfully submitted,

**HAAG ENGINEERING CO.**



Scott J. Morrison, P.E.     Jun 14, 2022
Arkansas License No. 12993

Timothy P. Marshall, P.E.     Jun 14, 2022
Texas License 65970
Meteorologist

